IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER JON RANSONE,

    Plaintiff,

v.                                                Civil Action No. **3:15CV709**

**DEPUTY McCLAIN,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on December 22, 2015, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address in the event that he relocated. On October 6, 2016, the United States Postal Service returned a September 27, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER," "ATTEMPTED - NOT KNOWN," AND "UNABLE TO FORWARD," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                              /s/
                                                     M. Hannah Lauck
                                                     United States District Judge

Date: DEC 0 2 2016
Richmond, Virginia